```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
                       CORPUS CHRISTI DIVISION
```

**UNITED STATES OF AMERICA**   §

**VS.**                        §   CR NO. C-08-89-(3)

**San Juanita Bravo Medina**   §

<u>ORDER REINSTATING BOND</u>

On the 9th day of May, 2008, a show cause hearing was held on the Petition of the U. S. Pretrial Services Officer to revoke Defendant's bond.

As a condition of bond, the defendant was ordered to report any contact with law enforcement. The defendant was arrested by the Donna Police Department and released on bond the next day. The defendant failed to report her arrest to Pretrial Services.

After hearing the testimony provided by the defendant, arguments of counsel, and after considering the current issue of the defendant's high risk pregnancy, the following order is entered. The defendant's bond is reinstated. The following conditions are added to ensure compliance: (1) the defendant shall be confined to her home at all times except for absences excused by her Pretrial Supervision Officer or supervising officer; (2) the home confinement shall be verified by electronic monitoring (pretrial officer has discretion to choose form of electronic monitoring); (3) within five days of release, the defendant shall contact a physician or clinic to monitor her pregnancy and shall comply with all directives from the physician or clinic; (4) the defendant shall sign all releases necessary to permit her Pretrial Officer to verify compliance with this order; and (5) the defendant shall pay the cost of all conditions of her pretrial release, subject to her ability to pay as determined by Pretrial Services.

All other conditions of the defendant's bond remain in effect.

SIGNED this 9th day of May, 2008.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE